In the matter of James R. McINTYRE, Bankrupt.

UNION JOINT STOCK LAND BANK OF DETROIT, Mich., Appellant, v. James R. McINTYRE, Bankrupt, Appellee.

No. 7082.

Circuit Court of Appeals, Third Circuit.

Oct. 13, 1939.

Edwin B. Goldsmith, of Pittsburgh, Pa., and A. G. Masters, of Detroit, Mich., for appellant.

Charles E. Harrington, of Kittanning, Pa., for appellee.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

The order of the court below, 23 F. Supp. 342, is affirmed.

McLEAN–ARKANSAS LUMBER COMPANY, a Corporation, and Fred Zorn, Appellants, v. Fred CLOUD.

No. 11603.

Circuit Court of Appeals, Eighth Circuit.

Oct. 16, 1939.

Bradley & Patten, of Little Rock, Ark., for appellants.

Donham & Fulk, of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal, 28 F.Supp. 623, docketed and dismissed at costs of appellant, per stipulation of parties and certificate of clerk of District Court.

William J. McMAHON, Appellant, v. UNITED STATES of America.

No. 11198.

Circuit Court of Appeals, Eighth Circuit.

March 15, 1939.

Roy W. Rucker and James Daleo, both of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Randall Wilson, Sam C. Blair, Thomas A. Costolow, and Richard K. Phelps, Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Judgment and sentence vacated, etc., and cause remanded with full power and authority in District Court to permit appellant to change his pleas, etc., on motion of appellant and consent of counsel for appellee.

M. Hampton MAGRUDER, United States Collector of Internal Revenue for the District of Maryland, Appellant, v. George Stewart BROWN and Susan M. Brown, his Wife, Appellees.

No. 4472.

Circuit Court of Appeals, Fourth Circuit.

Aug. 29, 1939.

PER CURIAM.

Judgment of District Court, 25 F.Supp. 161, reversed and cause remanded with directions to enter judgment for the defendant in accordance with opinion of the court filed in, 106 F.2d 428.